# Arnold & Porter

**Marcus A. Asner**
+1 212.836.7222 Direct
Marcus.Asner@arnoldporter.com

November 15, 2018

**VIA ECF**

Honorable Ronnie Abrams
United States District Court
 For the Southern District of New York
40 Foley Square
New York, New York 10007

   Re: *Aboutaam v. L'Office Federale de la Culture de la Confederation Suisse, et al.*, 18 Civ. 8248 (RA); and *Beierwaltes, et ano. v. L'Office Federale de la Culture de la Confederation Suisse, et al.*, 18 Civ. 2011 (MSK) (D. Co.)

Dear Judge Abrams:

  Arnold & Porter represents La Republique et Canton de Genève, a defendant in both actions referenced above.

  On November 13, 2018, the U.S. District Court for the District of Colorado granted a consent motion to transfer the case, *Beierwaltes, et ano. v. L'Office Federale de le Culture de la Confederation Suisse*, *et al.*, to this Court  *Beierwaltes* is a civil action arising from events that are substantially identical to those underlying the above-captioned *Aboutaam* case pending in this Court.  Once the file is formally transferred to this district, we will be filing a notice of related case and, on behalf of all the parties, will request that the transferred case be assigned to Your Honor.

  Given this recent development, we respectfully write to ask that the Court vacate the filing deadlines established in the *Aboutaam* action, including the November 21, 2018 deadline for the proposed case management plan and scheduling order (*see* Dkt. No. 14), and adjourn the conference currently scheduled for November 30, 2018, to a date convenient to the Court after December 10, 2018.  We envision that, during the conference, the parties will discuss with the Court a briefing schedule for contemplated motions to dismiss both the *Aboutaam* and the *Beierwaltes* actions, and related scheduling and case management issues.

Arnold & Porter

November 15, 2018
Page 2

      This is the first request to adjourn the November 30 conference and all parties have consented to the adjournment.

                                      Respectfully submitted,

                                      /s/ Marcus A. Asner

                                      Marcus A. Asner

cc:     All Counsel of Record (*via ECF*)

Arnold & Porter