UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HICHAM ABOUTAAM,<br><br>Plaintiff,<br><br>-*against*-<br><br>L'OFFICE FEDERAL DE LA CULTURE DE LA CONFEDERATION SUISSE, et al.,<br><br>Defendants. | Civ. Action No. 1:18 Civ. 08248 (RA-BCM) |
| LYNDA BEIERWALTES, and<br>WILLIAM BEIERWALTES,<br><br>Plaintiff,<br><br>-*against*-<br><br>L'OFFICE FEDERAL DE LA CULTURE DE LA CONFEDERATION SUISSE, et al.,<br><br>Defendants. | Civ. Action No. 1:18 Civ. 11167 (RA-BCM) |

### DECLARATION OF STEPHAN E. BECKER

My name is Stephan E. Becker. I am a partner at the law firm Pillsbury Winthrop Shaw Pittman LLP. I submit this declaration to provide the Court with certain documents and information referenced in the Memorandum of Law of Defendants L'office Federal De La Culture De La Confederation Suisse and L'administration Federale Des Douanes De La Confederation Suisse in Support of Their Motion to Dismiss.

1. Attached hereto at Exhibit 1 a screenshot from the website of the L'office Federal De La Culture De La Confederation Suisse ("Swiss Federal Customs Administration"), available at https://www.ezv.admin.ch/ezv/en/home.html.

2. Attached hereto at Exhibit 2 is a screenshot from the website of the L'administration Federale Des Douanes De La Confederation Suisse ("Swiss Federal Office of Culture"), available at https://www.bak.admin.ch/bak/en/home.html.

3. Attached hereto as Exhibit 3 is Switzerland's Annex 1 to the World Trade Organization's Government Procurement Agreement Coverage Schedules.

4. Attached hereto as Exhibit 4 is a screenshot of from the website of the Swiss Federal Customs Administration entitled "Mandate", available at https://www.ezv.admin.ch/ezv/en/home/the-fca/mandate.html.

5. Attached hereto as Exhibit 5 is a screenshot of from the website of the Swiss Federal Office of Culture entitled "Mission," available at https://www.bak.admin.ch/bak/en/home/the-foc/mission.html.

6. Attached hereto as Exhibit 6 is a publication of U.S. Customs and Border Protection, *Bonded Warehouse*, available at https://www.cbp.gov/sites/default/files/documents/bonded_20wh2_2.pdf.

7. Attached hereto as Exhibit 7 is an article published in the New York Times on June 24, 2004 titled "Art Dealer Pleads Guilty In Import Case", available at https://www.nytimes.com/2004/06/24/arts/art-dealer-pleads-guilty-in-import-case.html.

8. Attached hereto as Exhibit 8 is a press release of the District Attorney for New County, titled "Manhattan District Attorney's Office Returns Three Ancient Statues to Lebanese Republic," available at https://www.manhattanda.org/manhattan-district-attorneys-office-returns-three-ancient-statues-lebanese-republic/.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 25th day of January 2019 in Washington, D.C.

                                                Stephan E. Becker