Exhibit 4

## Certification of Accuracy

Re: Translation (**Décision de perception subséquente — 2 protomés / no d'inventaire TR.PRO.009**)

I, Cheryl A. Fain, hereby attest that I am a translator certified by the American Translators Association for French into English, that I have translated the attached document, and that to the best of my knowledge, ability, and belief this translation is a true, accurate, and complete translation of the original French document that was provided to me.



Verify at www.atanet.org/verify

_Cheryl A. Fain_ , CT

_January 22, 2019_

Certification credentials may be verified online at www.atanet.org/verify.

*Cheryl A. Fain, M.A., CT (German and French into English)*
*Embassy of Switzerland*
*2900 Cathedral Avenue, N.W.*
*Washington, D.C. 20008*

*Tel.: (202) 745-7905   E-mail: cherylfain@eda.admin.ch*

**Federal Customs Administration FCA**
Directorate of the 3rd Customs District

CH-3003 Berne, AFD, DA/SELU

**Registered / Return Receipt**
Mr. Ali Abou Taam
Chez Etude BOTTGE & Cie
Rue François-Bellot 1
1206 Geneva

Your reference:  see letter of 11-05-2018
File reference no.:  71-2016.19036
File handled by:  Jean-Marc Renaud

Lausanne, 11-07-2018

**Decision on Subsequent Payment of Fines:  2 Protomes / Inventory No. TR.PRO.009**

Dear Sir,

At the time of the investigation opened against you, the above-mentioned two objects were seized as a customs seizure at your residence at rue Firmin-Massot 4, 1204 Geneva, on February 28, 2017, on the basis of Articles 82 and 83 of the Customs Act, with other objects.  It has been established that the two protomes are currently covered by a customs clearance as temporary admission with a guaranteed amount for import, Form 11.73 no. 2348 of September 27, 2018 (4th renewal of the original document 11.73 no. 2970 of 09-27-2013); the sender is the company ARISS ANCIENT ART SA in Panama; the recipient:  the company PHOENIX ANCIENT ART SA, 6 rue Verdaine, 1204, Geneva; the purpose of the temporary admission is the uncertain sale. The objects appear on the list attached to document 11.73 for the price of CHF 80,000.00.

Our investigation reveals that the document 11.73 no. 2970 of 09-27-2013 has been renewed several times to date, at the request of the company PHOENIX ANCIENT ART SA.  The objects have been located at your residence since that date and they have not been sold.

As a matter of fact, we have ascertained that the two protomes are not the subject of a particular commercial approach with a view to finding a buyer on the part of the company PHOENIX ANCIENT ART SA, even though it was its main purpose in the context of a temporary admission to Switzerland. The objects were not published in a catalogue of the company PHOENIX ANCIENT ART SA; neither have they been exhibited at the gallery PHOENIX ANCIENT ART SA at rue Verdaine 6, 1204 Geneva, nor at its branch, that is, the store YOUNG COLLECTORS at rue Etienne-Dumont 9, 1204 Geneva, nor at another gallery or showroom since 09-27-2013, with your particular residence not being able to be associated with a business premises.

Referring to our letter of 10-29-2018, as well as to the response of 11-05-2018, from your defense counsel Didier BOTTGE, Esq. and basing ourselves on Article 12 of the Federal Act of 22 March 1974 on Administrative Criminal Law (ACLA – CC 313.0), Article 70 of the Customs Act of 18 March 2005 (CA – CC 631.0) as well as Articles 50–52 and 54–56 of the Federal Act of 12 June 2009 on Value Added Tax (VATA; CC 641.20), we have decided to collect the value added tax on the two objects and we have determined the amount of dues to collect as follows:

**VAT** (according to the attached financial statement)

Two objects listed under the inventory no. TR.PRO.009 "Greek terracotta protome head of Kore," 6th Century B.C., H.:  17.5 cm; tariff heading:  9705.0000; exempt from duties.

| | |
|---|---|
| Value:  CHF 80,000.00 at 8% | CHF 6,400.00 |
| Default Interest | CHF 1,309.15 |
| **Amount in Our Favor** | **CHF 7,709.15** |

1. The amount of uncollected dues of **CHF 7,709.15** shall be paid into our account using the enclosed payment slip within 10 days following the entry into force of this decision. In accordance with Art. 74 of the CA and Art. 57 of the Federal Act of 12 June 2009 on Value Added Tax (VATA; CC 641.20), default interest is due. Possible bank or Post Office transfer fees shall be charged to the debtor. As a general rule, the liability to default interest begins at the time when the customs debt commenced (Art. 69 CA) or in accordance with the provisions of Art. 186 of the CO (Customs Ordinance). It ends at the time when the customs debt is paid. No default interest is collected for the period between the date when the invoice was drawn up or when the decision on subsequent payment of fines was made and a payment made within the time limit; however, the liability to default interest exists when the payment is not made within the time limit. This principle is also valid when the default interest is charged to a PCD account.

2. This decision can be challenged, within 30 days after it is notified, by an appeal to be sent in writing to the Federal Customs Administration FCA, General Customs Directorate, 3003 Berne. The statement of grounds of appeal must be signed and indicate the conclusions, the grounds and evidence. The latter must be enclosed to the extent that they are in the possession of the appellant.

Once we have received the amount, we will provide you with proof of payment.

The administrative criminal procedure remains reserved.

Best regards,

/signature illegible/
Jean-Marc Renaud
Head of the service SA and deputy
Lausanne Customs Antifraud Section


Appendices:
- 1 payment slip
- 1 detailed account table
- Copy of 11.73 / 2970 of 09-27-2013
- Copy of 11.73 / 2348 of 09-27-2018

Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

Département fédéral des finances DFF

Administration fédérale des douanes AFD
Direction du 3ème arrondissement des douanes

CH-3003 Berne, AFD, DA/SELU

**Recommandé / Avis de réception**
Monsieur
Ali Abou Taam
Chez Etude BOTTGE & Cie
Rue François-Bellot 1
1206 Genève

Votre référence: v. courrier du 05.11.2018
Référence du dossier: 71-2016.19036
Dossier traité par: Jean-Marc Renaud

Lausanne, le 07.11.2018

**Décision de perception subséquente – 2 protomés / no d'inventaire TR.PRO.009**

Monsieur,

Lors de l'instruction ouverte à votre encontre, les deux objets mentionnés en titre ont été saisis sous forme de séquestre de gage douanier à votre domicile à la rue Firmin-Massot 4 à 1204 Genève en date du 28 février 2017, sur la base des articles 82 et 83 de la LD, en compagnie d'autres objets. Il est établi que ces deux protomés sont actuellement couverts par un dédouanement en tant qu'admission temporaire à montant garanti à l'importation, formule 11.73 no 2348 du 27 septembre 2018 (4ème renouvellement du document original 11.73 no 2970 du 27.09.2013) ; l'expéditeur est la société ARISS ANCIENT ART SA au Panama ; le destinataire : la société PHOENIX ANCIENT ART SA, 6 rue Verdaine à 1204 Genève ; le but de l'admission temporaire est la vente incertaine. Ces objets sont repris sur la liste jointe au document 11.73 pour le prix de CHF 80'000.00.

Notre enquête révèle que ce document 11.73 no 2970 du 27.09.2013 a été renouvelé à plusieurs reprises jusqu'à ce jour, sur demande de la société PHOENIX ANCIENT ART SA. Ces objets se trouvent à votre domicile depuis cette date et ils n'ont pas été vendus.

En effet, nous constatons que ces deux protomés n'ont pas fait l'objet d'une démarche commerciale particulière en vue de trouver un acquéreur de la part de la société PHOENIX ANCIENT ART SA, alors qu'il s'agissait de son but principal dans le cadre d'une admission temporaire en Suisse. Il n'y a pas eu de publication de ces objets dans un catalogue de la société PHOENIX ANCIENT ART SA ; ils n'ont pas non plus été exposés au sein de la galerie

Direction du 3ème arrondissement des douanes,
Section antifraude douanière Lausanne
Jean-Marc Renaud
Avenue Tissot 8, 1006 Lausanne
Tel.: +41 58 46 86320, Fax: +41 58 468 63 01
jean-marc.renaud@ezv.admin.ch
www.ezv.admin.ch

9181101994

PHOENIX ANCIENT ART SA à la rue Verdaine 6 à 1204 Genève, ni auprès de sa succursale, soit le magasin YOUNG COLLECTORS à la rue Etienne-Dumont 9 à 1204 Genève ni dans une autre galerie ou salle d'exposition depuis le 27.09.2013, votre domicile particulier ne pouvant être associé à un local commercial.

Nous référant à notre courrier du 29.10.2018, ainsi qu'à la réponse de votre défenseur Me Didier BOTTGE du 05.11.2018 et nous fondant sur les articles 12 de la loi du 22 mars 1974 sur le droit pénal administratif (DPA - RS 313.0), 70 de la loi sur les douanes du 18 mars 2005 (LD - RS 631.0) ainsi que 50 - 52 et 54 - 56 de la loi fédérale du 12 juin 2009 régissant la taxe sur la valeur ajoutée (LTVA ; RS 641.20), nous décidons de percevoir la TVA sur ces deux objets et nous déterminons le montant de redevances à percevoir comme suit :

TVA (selon décompte annexé)

Deux objets repris sous le no d'inventaire TR.PRO.009 « Greek terracotta protome head of Kore », 6th Century B. C., H. : 17,5 cm ; position tarifaire : 9705.0000 ; exempt de droits de douane.

| | |
|---|---|
| Valeur : CHF 80'000.00 à 8% | CHF 6'400.00 |
| Intérêts moratoires | CHF 1'309.15 |
| **Montant en notre faveur** | **CHF 7'709.15** |

Vu ce qui précède nous décidons :

1.  Le montant des redevances non perçues de **CHF 7709.15** est à verser sur notre compte au moyen du bulletin de versement annexé, dans le délai de 10 jours suivant l'entrée en force de la présente décision. Conformément aux art. 74 LD et 57 de la loi fédérale du 12 juin 2009 régissant la taxe sur la valeur ajoutée (LTVA ; RS 641.20), un intérêt moratoire est dû. D'éventuels frais de transfert de la banque ou de la Poste sont à la charge du débiteur.

    L'assujettissement à l'intérêt moratoire débute en principe au moment de la naissance de la dette douanière (art. 69 LD) ou conformément aux dispositions de l'art. 186 OD. Il prend fin lors du paiement de la dette douanière.

    Aucun intérêt moratoire n'est perçu pour la période comprise entre la date de l'établissement de la facture ou de la décision de perception subséquente et un paiement effectué dans les délais ; en revanche, l'assujettissement à l'intérêt moratoire existe quand le paiement n'est pas effectué dans les délais. Ce principe est également valable lorsque l'intérêt moratoire est débité sur un compte PCD.

2.  Cette décision peut être attaquée, dans un délai de 30 jours après sa notification, par recours à adresser par écrit à l'Administration fédérale des douanes AFD, Direction générale des douanes, 3003 Berne. Le mémoire de recours doit être signé et indiquer les conclusions, les motifs et moyens de preuve. Ces derniers doivent être joints pour autant qu'ils se trouvent en mains du recourant.

Dès que ce montant nous sera parvenu, nous vous remettrons une attestation de paiement.

La procédure pénale administrative demeure réservée.

Nous vous prions d'agréer, Monsieur, nos meilleures salutations.

Jean-Marc Renaud
Chef de service SA et suppléant
Section antifraude douanière Lausanne


Annexes:
- 1 bulletin de versement
- 1 tableau de décompte
- Copie du 11.73 / 2970 du 27.09.2013
- Copie du 11.73 / 2348 du 27.09.2018

## Certification of Accuracy

Re:  Translation (**Différence TVA 08.11.2018, Admission temporaire Apurement 11.73, Admission temporaire / Apurement 11.87, Facture Pro-Forma Importation Temporaire pour Vente Incertaine du 27 septembre 2013, Ariss Ancient Art SA, Liste du 27 septembre 2013, Admission temporaire à montant garanti 11.73 A, Admission temporaire à montant garanti 11.73 B)**

I, Cheryl A. Fain, hereby attest that I am a translator certified by the American Translators Association for French into English, that I have reviewed the attached translations, and that to the best of my knowledge, ability, and belief the translations are true, accurate, and complete translations of the original French documents that were provided to me.



Verify at www.atanet.org/verify

_Cheryl A. Fain_ , CT

_January 22, 2019_

Certification credentials may be verified online at www.atanet.org/verify.

*Cheryl A. Fain, M.A., CT (German and French into English)*
*Embassy of Switzerland*
*2900 Cathedral Avenue, N.W.*
*Washington, D.C. 20008*


*Tel.: (202) 745-7905   E-mail: cherylfain@eda.admin.ch*

Company:

Date of the last offense: 09/27/2013    Interest until: 11/07/2018

| Date | Assessment decision number | Customs office | Designation of goods | Net weight | Gross weight | Value CHF | Collected | | | Value CHF | Instead of | | Difference VAT amount | Days of default interest | Amount of default interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Tariff heading | VAT rate | VAT amount | | VAT rate | VAT amount | | | |
| 09/27/201 3 | 11.73/2970 | GE-Routes | 2 proto-mes | 0.600 | 1.000 | 80,000.00 | 9705.0000 | 8.0 | 0.00 | 80,000.00 | 8 | 6,400.00 | 6,400.00 | 1,841.00 | 1,309.15 |
| | | | | | 1.000 | 80,000.00 | | | 0.00 | 80,000.00 | | 6,400.00 | 6,400.00 | | 1,309.15 |
| | | | | | | | | | | | | Total difference VAT | 6,400.00 | | 6,400.00 |
| | | | | | | | | | | | | Total amount default interest | | 1,309.15 | 1,309.15 |
| | | | | | | | | | | | | Total | | | 7,709.15 |

Legend:

| | | |
|---|---|---|
| Date | * | The date of acceptance of the binding assessment, the date of the offense or the date of discovery of the offense. |
| Assessment decision number | * | Identification number of the customs assessment (decision of VAT assessment). |
| Customs office | * | The office from which the goods were released for free circulation in the Swiss customs territory. |
| Designation of goods | * | Designation of the imported goods. |
| Net weight | * | The net weight includes the actual weight (net weight) of the goods, the weight of the carrier and the weight of the immediate packaging. |
| Gross weight | * | The gross weight (gross mass) includes the actual weight (net weight) of the goods and that of the packaging, filling material and carrier on which the goods are presented. |
| Value CHF | * | Taxable value of the goods in Swiss francs to the Swiss border. It includes transportation, insurance and other costs up to the Swiss border except discounts and rebates. |
| Tariff heading | * | Tariff heading under the International Convention on the Harmonized Commodity Description and Coding System. |
| VAT rate | * | Rate applicable according to the Federal Act on Value Added Tax (VAT Act). |
| VAT amount | * | VAT amount (calculation: Value of the goods + amount of customs duty × VAT rate). |
| Days of default interest | * | The days of interest are calculated from the day the last offense was committed until the day of the decision of the collection. |
| Default interest | * | The interest rate is 5% until 12/31/2009 and 4.5% until 12/31/2011 and 4% since 1/1/2012 of the customs debt. |

2

Temporary admission / Clearance

# 11.73

| Description of goods | Quantity | Net weight | Gross mass | Type of clearance/Number | Pour l'a... |
|---|---|---|---|---|---|
| 1 BLT. AM 011 Amphore | 1 | 3,5 | 5 | 1137/62 | |
| 2 BLT. OIN. 014 Tooth -corinthian black -figure | 1 | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |

| Customs office | | Time stamp | | | | | |
|---|---|---|---|---|---|---|---|
| 1 GENEVE PORT FRANC 29.10.13 | 2 GENEVE PORT FRANC 29.10.13 | 3 | 4 | 5 | 6 | 7 | |
| 8 There are two Geneva Free Port stamps dated 10/29/2013 | 9 | 10 | 11 | 12 | 13 | 14 | |
| 15 | | | | | | | |
| 16 | | | | | | | |

Anmerkung: Wird die Ware nicht in der festgesetzten Frist und nicht unter gleichzeitiger Vorweisung dieser Zollanmeldung für die vorübergehende Verwendung wieder ein- bzw. ausgeführt, so ist der verbürgte Betrag endgültig geschuldet und das Recht der abgetretenen Wiederein- bzw. Wiederausfuhr überdies verwirkt. Auch bei vorgenommenen Teilabschlüssen verfällt der ganze Betrag, wenn die Zollanmeldung für die vorübergehende Verwendung nicht später einem Jahr nach Ablauf der Gültigkeit einer zuständigen Zollstelle zum endgültigen Abschluss vorgewiesen wird.

Remarque: Si la marchandise n'est pas réimportée ou réexportée dans le délai imparti ou n'est pas accompagnée de cette déclaration en douane d'admission temporaire, le montant garanti est définitivement dû et le droit à la réimportation/réexportation en franchise, périmé. Le montant garanti est également perdu dans son intégralité si, bien qu'ayant fait l'objet d'apurements partiels, la déclaration en douane d'admission temporaire n'est pas présentée à un bureau de douane compétent, aux fins d'apurement définitif, au plus tard dans l'année qui suit l'expiration du délai de validité.

Osservazioni: Se la merce non è reimportata, risp. riesportata entro il termine fissato e non è scortata da questa dichiarazione doganale d'ammissione temporanea, l'importo garantito è definitivamente dovuto e il diritto alla reimportazione o alla riesportazione in franchigia diventa perento. Anche se fossero state eseguite conclusioni parziali, l'importo complessivo è devoluto al fisco ove la dichiarazione doganale d'ammissione temporanea non sia presentata ad un ufficio doganale competente, per le conclusioni definitive, al più tardi entro un anno dalla sua scadenza.

3

R-Arts Transports

**C** — Temporary admission with guaranteed amount / clearance

| 1 Sender | 5 Previous document | **11.87** |
|---|---|---|
| PHOENIX ANCIENT ART SA<br>6, rue Verdaine<br>1204 GENEVE | 61 | Nr. 62<br>6 Import. ☐  Export. ☒ |

| 2 Owner of the merchandise | 7 Country of production | PA |
|---|---|---|
| Ariss Ancient Art SA in free port | 8 Country of temporary destination | CH |

| 3 Recipient/importer | 9 Country of final destination | PA |
|---|---|---|
| ARISS ANCIENT ART SA<br>Edificio Salduba Ultimo Piso<br>Calle 53. Est Urbanization Obarrio<br>P.O. Box 7284 - PANAMA 5<br>REPUBLIC OF PANAMA | 10 Reason for temporary use<br><br>UNCERTAIN SALE | |

| 4 ab 11.73/11.74  Nr. No 2970<br>11.73/11.74  N.<br>vom du del  September 27, 2013<br>Zollstelle Bureau de douane  GENEVA FREE PORT<br>Ufficio doganale | 11 Rental          Yes ☐   No ☒ |
|---|---|
| | 12 OTR   30   Country of immatr.  CH   ZIP-code  1204 |

| 13 Mark, Nr. Quantity, Package | 14 Exact description of merchandise (material, type, numbers, etc.), guaranteeing identification of the merchandise |
|---|---|
| **1** A.A.A. 1-2/2<br>2 boxes | 12 collectibles of historical interest, 7 Greek coins, 2 Greek rings, 1 amphora, 1 oenochoe, 1 terracotta head - details and value according to the attached lists (3 pages) |
| **2** | Value according to valued list and at the time of posting, the invoiced counter-payment will be supported by a copy of the invoice of receipt. |

| 15 NHANC | 16 AC C3 | 17 Tariff Nr. | 18 Key | 19 Net weight | 20 Additional quantity | 21 Gross mass | 22 Stat. value CHF | 23 VAT Value |
|---|---|---|---|---|---|---|---|---|
| **1** | | 9705.00.00 | 912 | | | 5.— | 550.000.— | |
| **2** | | | | | | | | |

| 24 Place, Date | 25 VAT |
|---|---|
| Declarant | VAT-Code |
| Reference | VAT Registry Nr. |

| Results of the verification | Allowance |
|---|---|
| | Control |
| | There appears a Geneva Free Port stamp dated 10/29/2013 |

29.10.15
GENEVE
PORT FRANC

4

ARISS ANCIENT ART SA
Edificio Salduba Ultimo Piso
Calle 53. Est Urbanization Obarrio
P.O. Box 7284 - PANAMA 5
REPUBLIC OF PANAMA

PHOENIX ANCIENT ART SA
6, rue Verdaine
1204 GENEVE

September 27, 2013

## PRO-FORMA INVOICE
## TEMPORARY IMPORT FOR UNCERTAIN SALE

12 antique art objects according to attached detailed list

Total                          1,310,240.00 Swiss francs

Certified value
The objects above are older than 100 years.
The objects above are at the Free Port in Geneva

5

# ARISS ANCIENT ART SA

Detailed list for temporary import of September 27, 2013, for Phoenix Ancient Art S.A., Geneva

The prices are in Swiss francs.

**REFERENCE NUMBER 15127**

---

**BLF.AM.011**

Attic black-figure amphora of Nikosthenic form.

2nd half of the 6th Century B.C.

*H: 31.5 cm.*                                        **400,000**



---

**BLF.OIN.014**

Proto-corinthian black-figure oinochoe

640 - 630 B.C.

*H: 24.8 cm. - D: 21.5 cm.*                          **150,000**



---

**ELE.CO.202**

Greek electrum coin of Phokaia.

Late 6th Century B.C.

*2.578 gr. - Hekte*                                  **10,000**



---

**GD.CO.548**

Greek gold coin of Antigonos Monophthalmos.

315 - 311 B.C.

*8.564 gr. - Stater*                                 **6,200**



---

**GD.RIN.699**

Greek gold ring engraved with a warrior on a horse.

5th Century B.C.

*D: 3.1 cm.*                                         **80,000**



---

**GD.RIN.845**

Greek gold ring

3rd Century B.C.

*D max: 27.2 mm. - W: 18.4 mm.*                      **460,000**



---

# ARISS ANCIENT ART SA

Detailed list for temporary import of September 27, 2013, for Phoenix Ancient Art S.A., Geneva

The prices are in Swiss francs.

**REFERENCE NUMBER 15127**

SL.CO3.138
Greek silver coin with Apollo.
League Chalcidian / 420 - 392 B.C.
*14.46 gr.*                                19,040



SL.CO3.229
Greek silver coin with Athena.
440 - 425 B.C.
*2.84 gr.*                                  1,000



SL.CO3.280
Greek silver coin with head of Hera.
400 - 325 B.C.
*7.80 gr. - Stater*                         92,000



SL.CO3.344
Greek silver coin of Dikaia.
450 B.C.
*2.430 gr. - Tetrobol*                      10,400



SL.CO3.345
Greek silver coin of Gortyna.
Late 2nd Century B.C.
*3.299 gr. - Drachm*                         1,600



TR.PRO.009
Greek terracotta protome head of Kore.
6th Century B.C.
*H: 17.5 cm.*                               80,000



**TOTAL**                                1.310.240
**Number of lots:**        **12**

# ᴀRISS ANCIENT ART SA

Detailed list for temporary import of September 27, 2013, for Phoenix Ancient Art S.A., Geneva
The prices are in Swiss francs.

**REFERENCE NUMBER 15127**

SL.CO3.138
Greek silver coin with Apollo.
League Chalcidian / 420 - 392 B.C.
*14.46 gr.*                                           **19,040**



SL.CO3.229
Greek silver coin with Athena.
440 - 425 B.C.
*2.84 gr.*                                            **1,000**



SL.CO3.290
Greek silver coin with head of Hera.
400 - 325 B.C.
*7.80 gr. - Stater*                                   **92,000**



SL.CO3.344
Greek silver coin of Dikaia.
450 B.C.
*2.430 gr. - Tetrobol*                                **10,400**



SL.CO3.345
Greek silver coin of Gortyna.
Late 2nd Century B.C.
*3.299 gr. - Drachm*                                  **1,600**



TR.PRO.009
Greek terracotta protome head of Kore.
6th Century B.C.
*H: 17.5 cm.*                                         **80,000**



**TOTAL**                                             **1,310,240**
Number of lots:            **12**

Copy for **R-Arts Transports**

**A**

**Temporary admission with guaranteed amount**

| 1 Sender | 6 Previous document | **11.73** |
|---|---|---|
| ARISS ANCIENT ART SA<br>Edificio Salduba Ultimo Piso<br>Calle 53. Est Urbanization Obarrio<br>P.O. Box 7284 - PANAMA 5<br>REPUBLIC OF PANAMA | 1750<br>Renewal | Nr. 2348 |

| 7 Account Nr. 3343-0 | 8 Import. ☒  Export. ☐ |

**A**

| 2 Owner of the merchandise | 9 Date of expiration September 27, 2019 |
|---|---|
| Ariss Ancient Art SA in free port | 10 Country of origin   PA |

| 3 Recipient/importer | 11 Country of temporary destination   CH |
|---|---|
| PHOENIX ANCIENT ART SA<br>6, rue Verdaine<br>1204 GENEVE | 12 Country of final destination   PA |
| | 13 Use of the goods<br>UNCERTAIN SALE |

| 4 Preferential treatment | 14 Rental   Yes ☐   No ☒ |
|---|---|
| ☐ European Free Trade Area   ☐ Generalized system of preferences | |
| CM/CO Nr.          Date | |

| 5 OTR 30   Country of immatr. CH   ZIP-code 1204 | 15 Final customs office |

| 16 Mark, Nr. Quantity, Package | 17 Exact description of merchandise (material, type, numbers, etc.), guaranteeing identification of the merchandise |
|---|---|
| **1** A.A.A. 1-2/2<br>2 boxes | 12 collectibles of historical interest, 7 Greek coins, 2 Greek rings, 1 amphora, 1 oenochoe, 1 terracotta head - details and value according to the attached lists (3 pages) |
| **2** | Value according to list of the valuees and at the time of posting, the invoiced counter-payment will be supported by a copy of the invoice of receipt. |

| 18 NHW MMC | 19 VC CT | 20 Tariff Nr. | 21 Key | 22 Net weight | 23 Additional amount | 24 Gross mass | 25 Stat. value CHF | 26 Rate | 27 Amount |
|---|---|---|---|---|---|---|---|---|---|
| **1** | | 9705.00.00 | 912 | 7.-- | 12 | 8,200 | 1,310,240 | Ex | |
| **2** | | | | | | | | | |

| 28 User of the merchandise | | 32 Customs duties |
|---|---|---|
| Phoenix Ancient Art SA | | |
| 29 VAT-Nr. CHE108388518   VAT-Code | | |

| 30 Permits, etc. | | Subtotal |
|---|---|---|
| 31 Place, Date Geneva, September 27, 2018 | VAT Value 1,310,240 | |
| Declarant Guy FAVRE<br>R-Arts Transports | Entrance fee | |
| Reference | VAT 8 % of 1,310,240 | 104,819.20 |

| Results of the verification | Guaranteed amount |
|---|---|
| | Allowance |
| | Control |
| Z24.1-6tc-2c18-oc58 | There appears an illegible stamp. |

| Customs mark | 4 | Renewal of 11.73 Nr. 2970 | Permit DIU T075 |
|---|---|---|---|
| Amount | | Date of imp./export 05/27/15 | Tax 4500 |

**B**

**Temporary admission with a guaranteed amount**

Copy for → **R-Arts Tran.**

| 1 Sender | 6 Previous document | **11.73** |
|---|---|---|
| ARISS ANCIENT ART SA<br>Edificio Salduba Ultimo Piso<br>Calle 53. Est Urbanization Obarrio<br>P.O. Box 7284 - PANAMA 5<br>REPUBLIC OF PANAMA | DM 5493 | Nr. 2970 |

**E**

| 7 Account Nr. 3343-0 | 8 Import. ☒   Export. ☐ |
|---|---|

**2 Owner of the goods**

Ariss Ancient Art SA in free port

| 9 Date of expiration September 27, 2015 |
|---|
| 10 Country of origin — PA |

**3 Recipient/importer**

PHOENIX ANCIENT ART SA
6, rue Verdaine
1204 GENEVE

| 11 Country of temporary destination — CH |
|---|
| 12 Country of final destination — PA |
| 13 Purpose of Temporary use |

**4 Preferential treatment**
- ☐ European Free Trade Area
- ☐ Generalized system of preferences

CM/CD Nr.          Date

UNCERTAIN SALE

| 14 Rental          Yes ☐   No ☒ |
|---|

**5**
OTR 30   Country of immatr. CH   ZIP-code 1204

| 15 Final customs office |
|---|

**16 Mark, Nr. Quantity. Package** | **17 Exact description of goods (material, type, numbers, etc.), guaranteeing identification of the goods**

**1** | A.A.A. 1-2/2
2 boxes | 12 collectibles of historical interest, 7 Greek coins, 2 Greek rings, 1 amphora, 1 oenochoe, 1 terracotta head - details and value according to the attached list

**2** | Value according to list of the values and at the time of posting, the invoiced counter-payment will be supported by a copy of the invoice of receipt.

| 18 MWV MNC | 19 VC CT | 20 Tariff Nr. | 21 Key | 22 Net weight | 23 Additional amount | 24 Gross mass | 25 Stat. value CHF | 26 Rate | 27 Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | 9705.00.00 | 912 | 7.000 | 12 | 8,200 | 1,310,240 | Ex | 0.- |
| 2 | | | | | | | | | |

| 28 User of the goods | | 32 Customs duties | 0.- |
|---|---|---|---|
| Phoenix Ancient Art SA | | | |

| 29 VAT-Nr. 393.331 | VAT-Code 6 | | |
|---|---|---|---|

| 30 Permits, etc. | | Subtotal | 0.- |
|---|---|---|---|

| 31 Place, Date September 27, 2013 | VAT Value | 1,310,240 | |
|---|---|---|---|
| Declarant Guy FAVRE *Aaron Strehlow* | Entrance fee | ///// | ← 0.- |
| R-Arts Transports<br>Reference | VAT 8 % of | 1,310,240 | = 104,819.20 |

| Results of the verification | Guaranteed amount | 104,819.20 |
|---|---|---|
| | Allowance / illegible signature / | |
| | Control | |
| | There appears a Geneva Free Port stamp dated 09/27/2013 | |

| Customs mark | Renewal of 11.73 Nr. | Permit |
|---|---|---|
| Amount | Date of imp./export | Tax |

10

08.11.2018

Société:

Nachbezug Differenz MWST

Seite 1

Date de la dernière infraction:

Intérêt jusqu'au: 07.11.2018

| Date | N° de la décision de taxation | Bureau de douane | Désignation de la marchandise | Poids net | Poids brut | Valeur CHF | Perçu | | | Valeur CHF | Au lieu de | | | Différence montant TVA | Jours d'intérêt de retard | Montant de l'intérêt moratoire |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Position tarifaire | Taux TVA | Montant TVA | | Valeur due | Taux TVA | Montant TVA | | | |
| 27.9.2013 | 11 732970 | GE-Routes | Z Probonnes | 0.600 | 1.000 | 80'000.00 | 9705.0000 | 8.0 | 0.00 | 80'000.00 | 80'000.00 | 8 | 6'400.00 | 6'400.00 | 1'841.00 | 1'309.15 |
| | | | | | 1.000 | 80'000.00 | | 0.00 | | 80'000.00 | | | 6'400.00 | 6'400.00 | | 1'309.15 |

27.09.2013

Total différence TVA 6'400.00
Total de l'intérêt moratoire 1'309.15
Total 7'709.15

Légende:

Date  ■  La date de l'acceptation de la taxation contraignante, la date de l'infraction ou la date de la découverte de l'infraction.

N° de la décision de taxation  ■  Le numéro d'identification de la taxe d'importation (décision de taxation douane (DTD)) et décision de taxation TVA (DTT).

Bureau de douane  ■  Le bureau auprès duquel la marchandise a été mise en libre pratique sur le territoire douanier Suisse.

Désignation de la marchandise  ■  Désignation de la marchandise importée.

Poids net  ■  Le poids net composé le poids effectif (masse nette) de la marchandise, le poids des supports et celui des emballages immédiats.

Poids brut  ■  Le poids brut (masse brute) comprend le poids effectif (masse nette) de la marchandise et celui des emballages, du matériel de remplissage et des supports sur lesquels la marchandise est présentée.

Valeur CHF  ■  Valeur imposable de la marchandise en franc suisse jusqu'à la frontière Suisse. Sont inclus les frais de transport, d'assurance et autres frais jusqu'à la frontière Suisse (hormis les taxes et escomptes).

Position tarifaire  ■  La position tarifaire selon la convention internationale sur le Système harmonisé de désignation et de codification des marchandises (RS 0.632.11).

Taux TVA  ■  Taux applicable selon la loi sur la TVA.

Montant TVA  ■  Montant de la TVA (Calcul : Valeur de la marchandise × montant des droits de douane × taux TVA).

Jours d'intérêt moratoire  ■  Les jours d'intérêt sont calculés depuis le jour ou la dernière infraction a été commise jusqu'au jour de la décision de la perception.

Intérêt moratoire  ■  Le taux d'intérêt s'élève à 5% jusqu'au 31.12.2009 et de 4,5 % jusqu'au 31.12.2011 et de 4% dès le 1.1.2012 de la créance douanière.

## Vorübergehende Verwendung / Abschluss
## Admission temporaire Apurement
## Ammissione temporanea / Conclusione

**11.73**

| Warenbezeichnung / Désignation de la marchandise / Designazione della merce | Menge / Quantité / Quantità | Eigenmasse / Masse nette / Massa netta | Rohmasse / Masse brute / Massa lorda | Art des Abschlusses/Nummer / Mode d'apurement/numéro / Genere della conclusione/numero | Für... / Pour l'... / Per la con... |
|---|---|---|---|---|---|
| 1 BLT. AM Cii amphore | 1 | 3,5 | 5 | 11 37 / 62 | |
| 2 BCT. OIN. O.(4 Paott. corinthiun black-figure | 1 | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |

Zollstelle / Bureau de douane / Ufficio doganale — Datumstempel / Timbre à date / Bollo a date

29.10.13 ... VE ... ANC

**Anmerkung:** Wird die Ware nicht in der festgesetzten Frist und nicht unter gleichzeitiger Vorweisung dieser Zollanmeldung für die vorübergehende Verwendung wieder ein- bzw. ausgeführt, so ist der verbürgte Betrag endgültig geschuldet und das Recht der abgabenfreien Wiederein- bzw. Wiederausfuhr überdies verwirkt. Auch bei vorgenommenen Teilabschlüssen verfällt der ganze Betrag, wenn die Zollanmeldung für die vorübergehende Verwendung nicht innert einem Jahr nach Ablauf der Gültigkeit einer zuständigen Zollstelle zum endgültigen Abschluss vorgewiesen wird.

**Remarque:** Si la marchandise n'est pas réimportée ou réexportée dans le délai imparti ou n'est pas accompagnée de cette déclaration en douane d'admission temporaire, le montant garanti est définitivement dû et le droit à la réimportation/réexportation en franchise, périmé. Le montant garanti est également dû dans son intégralité si, bien qu'ayant fait l'objet d'apurements partiels, la déclaration en douane d'admission temporaire n'est pas présentée à un bureau de douane compétent, aux fins d'apurement définitif, au plus tard dans l'année qui suit l'expiration du délai de validité.

**Osservazione:** Se la merce non è reimportata, risp. riesportata entro il termine fissato e non è scortata da questa dichiarazione doganale d'ammissione temporanea, l'importo garantito è definitivamente dovuto e il diritto alla reimportazione o alla riesportazione in franchigia diventa peretto. Anche se fossero state eseguite conclusioni parziali, l'importo complessivo è devoluto al fisco ove la dichiarazione doganale d'ammissione temporanea non sia presentata ad un ufficio doganale competente, per la conclusione definitiva, al più tardi entro un anno dalla sua scadenza

12

**C**

Vorübergehende Verwendung / Abschluss
Admission temporaire / Apurement
Ammissione temporanea / Conclusione

Eidgenössische Zollverwaltung EZV
Administration fédérale des douanes AFD
Amministrazione federale delle dogane AFD

Kopie für
Copie pour ➡
Copia per

| 1 | Versender / Expéditeur / Speditore |
| --- | --- |

| 2 | Eigentümer der Ware / Propriétaire de la marchandise / Proprietario della merce |

| 3 | Empfänger/Importeur / Destinataire/Importateur / Destinatario/Importatore |

| 4 | ab 11.73/11.74   Nr. / 11.73/11.74   No / 11.73/11.74   N. <br> vom / du / del <br> Zollstelle / Bureau de douane / Ufficio doganale |

5 Vordokument / Document précédent / Documento precedente

Nr. / No / N.

**11.87**

6 Einfuhr / Import. / Import. ☐   Ausfuhr / Export / Esport ☐

7 Land der Erzeugung / Pays de production / Paese di produzione

8 Land der vorübergehenden Bestimmung / Pays de destination temporaire / Paese di destinazione temporanea

9 Land der endgültigen Bestimmung / Pays de destination définitive / Paese di destinazione definitiva

10 Zweck der vorübergehenden Verwendung / But de l'admission temporaire / Scopo dell'ammissione temporanea

11 Mietgeschäft / Location / Locazione    Ja/oui/si ☐   nein/non/no ☐

12 VTS / SMT    Immatr. Land / Pays d'immatr. / Paese d'immatr.    PLZ / NPA

13 Zeichen, Nr., Anzahl, Verpackung / Marque, no, nombre, emballage / Marca, n., quantità, imballaggio

14 Genaue Warenbezeichnung (Material, Typ, Nummern, etc.), die eine Identifikation der Ware erlaubt / Désignation exacte de la marchandise (matériel, typo, no, etc.) permettant son identification / Designazione esatta della merce (materiale, tipo, n., ecc.) che ne permette l'identificazione

| | 16 MWK | 16 CS | 17 Tarif-Nr. / No de tarif / Voce di tariffa | 18 Schlüssel Clé | 19 Eigenmasse / Masse nette / Massa netta | 20 Stat. Zusatzm. / Quant. stat / Quantità stat. | 21 Rohmasse / Masse brute / Massa lorda | 22 Stat. Wert in CHF / Valeur stat. CHF / Valore stat. CHF | 23 MWST-Wert / Valeur-TVA / Valore-IVA |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | | | | | | | | | |
| 2 | | | | | | | | | |

24 Ort / Datum / Lieu / Date / Luogo / Data <br> Der Anmelder / Le déclarant / Il dichiarante <br> Ref / Réf / Rif.

25 Mehrwertsteuer / Taxe sur la valeur ajoutée / Imposta sul valore aggiunto <br> MWST-Code / Code TVA / Codice IVA <br> MWST-Register-Nr. / No d'enregistrement-TVA / N. di registrazione IVA

Annahme / Acceptation / Accettazione

Kontrolle / Contrôle / Controllo

Zollbefund - Résultat de la vérification - Risultato della visita

**C**

13

ARISS ANCIENT ART SA
Edificio Salduba Ultimo Piso
Calle 53, Est Urbanization Obarrio
P.O. Box 7284 Panama 5
Republic of Panama

Phoenix Ancient Art S.A.
6, rue Verdaine
1204 Genève

Le 27 septembre 2013

**FACTURE PRO-FORMA**
**IMPORTATION TEMPORAIRE POUR VENTE INCERTAINE**

12 objets d'art antiques selon liste détaillée ci-jointe

Total                        Francs Suisse 1'310'240.-

Valeur certifiée conforme
Les objets ci-dessus ont plus de cent ans d'âge.
Les objets ci-dessus sont Franco Port Franc de Genève

# ARISS ANCIENT ART SA

Liste détaillée pour importation temporaire du 27 septembre 2013 pour la société Phoenix Ancient Art S.A., Genève
Les prix sont en Francs Suisse

NUMERO DE REFERENCE 15127

BLF.AM.011
Attic black-figure amphora of Nikosthenic form.
2nd half of the 6th Century B.C.
*H: 31.5 cm.* **400,000**



BLF.OIN.014
Proto-corinthian black-figure oinochoe
640 - 630 B.C.
*H: 24.8 cm. - D: 21.5 cm.* **150,000**



ELE.CO.202
Greek electrum coin of Phokaia.
Late 6th Century B.C.
*2.578 gr. - Hekte* **10,000**



GD.CO.548
Greek gold coin of Antigonos Monophthalmos.
315 - 311 B.C.
*8.564 gr. - Stater* **6,200**



GD.RIN.699
Greek gold ring engraved with a warrior on a horse.
5th Century B.C.
*D: 3.1 cm.* **80,000**



GD.RIN.845
Greek gold ring
3rd Century B.C.
*D max: 27.2 mm. - W: 18.4 mm.* **460,000**



# ARISS ANCIENT ART SA

Liste détaillée pour importation temporaire du 27 septembre 2013 pour la société Phoenix Ancient Art S.A., Genève
Les prix sont en Francs Suisse

NUMERO DE REFERENCE 15127

---

SL.CO3.138
Greek silver coin with Apollo.
League Chalcidian / 420 - 392 B.C.

*14.46 gr.*                                    **19,040**



---

SL.CO3.229
Greek silver coin with Athena.
440 - 425 B.C.

*2.84 gr.*                                     **1,000**



---

SL.CO3.280
Greek silver coin with head of Hera.
400 - 325 B.C.

*7.80 gr. - Stater*                            **92,000**



---

SL.CO3.344
Greek silver coin of Dikaia.
450 B.C.

*2.430 gr. - Tetrobol*                         **10,400**



---

SL.CO3.345
Greek silver coin of Gortyna.
Late 2nd Century B.C.

*3.299 gr. - Drachm*                           **1,600**



---

TR.PRO.009
Greek terracotta protome head of Kore.
6th Century B.C.

*H: 17.5 cm.*                                  **80,000**



---

**TOTAL**                          **1.310.240**
**Nombre de lots:**        **12**

16

# ᴀRISS ANCIENT ART SA

Liste détaillée pour importation temporaire du 27 septembre 2013 pour la société Phoenix Ancient Art S.A., Genève
Les prix sont en Francs Suisse

NUMERO DE REFERENCE 15127

SL.CO3.138
Greek silver coin with Apollo.
League Chalcidian / 420 - 392 B.C.
*14.46 gr.*                                    **19,040**



SL.CO3.229
Greek silver coin with Athena.
440 - 425 B.C.
*2.84 gr.*                                    **1,000**



SL.CO3.280
Greek silver coin with head of Hera.
400 - 325 B.C.
*7.80 gr. - Stater*                           **92,000**



SL.CO3.344
Greek silver coin of Dikaia.
450 B.C.
*2.430 gr. - Tetrobol*                        **10,400**



SL.CO3.345
Greek silver coin of Gortyna.
Late 2nd Century B.C.
*3.299 gr. - Drachm*                          **1,600**



TR.PRO.009
Greek terracotta protome head of Kore.
6th Century B.C.
*H: 17.5 cm.*                                 **80,000**



**TOTAL**                                     **1.310.240**
**Nombre de lots:**          **12**

17

**R-Arts Transports**

**A**

Vorübergehende Verwendung mit verbürgtem Betrag
Admission temporaire à montant garanti
Ammissione temporanea con importo garantito

| | |
|---|---|
| Copia pour / Copia per | |

**11.73**

1 Versender / Expéditeur / Speditore
ARISS ANCIENT ART SA
Edificio Salduba Ultimo Piso
Calle 53. Est Urbanization Obarrio
P.O. Box 7284 – PANAMA 5
REPUBLIC OF PANAMA

5 Vordokument / Document précédent / Documento precedente
A+5○
Renouvellement

Nr.
No.
N.

7 Konto-Nr. / Compte No / Conto N. 3343-○

8 Einfuhr / Import. ☒   Ausfuhr / Export. ☐

2 Eigentümer der Ware / Propriétaire de la marchandise / Proprietario della merce
Ariss Ancient Art SA en Port Franc

9 Verfalldatum / Echéance / Scadenza   27 septembre 2019

3 Empfänger/Importeur / Destinataire/Importateur / Destinatario/Importatore
PHOENIX ANCIENT ART SA
6, Rue Verdaine
1204   GENEVE

10 Ursprungsland / Pays d'origine / Paese d'origine   PA

11 Land der vorübergehenden Bestimmung / Pays de destination temporaire / Paese di destinazione temporanea   CH

12 Land der endgültigen Bestimmung / Pays de destination définitive / Paese di destinazione definitiva   PA

13 Verwendungszweck der Ware / Emploi de la marchandise / Scopo d'impiego della merce
VENTE INCERTAINE

4 Präferenzbehandlung - Régime préférentiel - Trattamento preferenziale
☐ Europäische Freihandelszone / Zone européenne de libre-échange / Zona europea di libero scambio   WVB/UZ N.   CCM/CO No   CCM/CO N.
☐ Allgemeines Präferenzsystem / Système généralisé de préférences / Sistema generale di preferenze
vom / du / dal

14 Mietgeschäft / Location / Locazione   ja/oui/si ☐   nein/non/no ☒

15 Abschlusszollstelle / Bureau de douane d'apurement / Ufficio doganale della conclusione

VTB / SMT 30   Immatr. Land / Pays d'immatr. / Paese d'immatr. CH   PLZ / NPA 1204

16 Zeichen, Nr., Anzahl, Verpackung / Marque, no, nombre, emballage / Marca, n., quantità, imballaggio

17 Genaue Warenbezeichnung (Material, Typ, Nummern, etc.), die eine Identifikation der Ware sicherstellt / Désignation exacte de la marchandise (matière, type, numéros, etc.), garantissant son identification / Designazione esatta della merce (materiale, tipo, numeri, ecc.), che garantisce l'identificazione della merce

| | | |
|---|---|---|
| 1 | A.A.A. 1-2/2<br>2 cartons | 12 objets de collection présentant un intérêt historique 7 pièces de monnaie Grec, 2 anneaux Grec, 1 amphore, 1 onochoé, 1 tête en terre cuite - détails et valeur selon listes annexées (3 pages) |
| 2 | | Valeur selon liste valorisée et lors de la mise en compte, la contre prestation sera étayée par un double de la facture quittance de vente. |

| 18 NMK MRC | 19 VC CT | 20 Tarif-Nr. No de tarif Voce di tariffa | 21 Schlüssel Clé N. corr. | 22 Eigenmasse Masse nette Massa netta | 23 Zusatzmenge Unités suppl. Unità suppl. | 24 Rohmasse Masse brute Massa lorda | 25 Stat. Wert in CHF Valeur stat. CHF Valore stat. CHF | 26 Ansatz Taux Aliquota | 27 Betrag Montant Importo |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | 9705.00.00 912 | | 7.-- | 12 | 8,200 | 1310240.- | Ex | |
| 2 | | | | | | | | | |

28 Verwender der Ware / Utilisateur de la marchandise / Utilizzatore della merce
Phoenix Ancient Art SA

32 Zollabgaben / Droits de douane / Tributi doganali

29 MWST-Nr. / No TVA / N. IVA CHE108388518   MWST-Code / Code-TVA / Codice-IVA

30 Bewilligung usw. / Permis, etc. / Permesso, ecc.

Subtotal / Total int. / Subtotale

31 Ort/Datum / Lieu/Date / Luogo/Data
Genève, le 27 septembre 2018

Der Anmelder / Le déclarant / Il dichiarante
Guy FAVRE
R-Arts Transports

Ref. / Réf. / Rif.

MWST-Wert / Valeur-TVA / Valore-IVA   1310240.--

Einfuhrabgaben / Redevances d'entrée / Diritti d'entrata

MWST / TVA / IVA   von / % de Fr. / di   8   1310240.--   104813.20

Zollbefund - Résultat de la vérification - Risultato della visita

Verbürgter Betrag / Montant garanti / Importo garantito

Annahme / Acceptation / Accettazione

Kontrolle / Contrôle / Controllo

| Zollkennzeichen / Marques douan. / Contrassegni dog. | Erneuerung von 11.73 Nr. / Renouvellement du 11.73 no / Rinnovo carta di 11.73 n. | Bew. / Permis / Perm. |
|---|---|---|
| Anzahl / Nombre / Quantità | Dat. der Ein-/Ausfuhr / Date de l'imp./l'exp. / Data dell'imp./esp. | Geb. / Taxe / Tas. 28.30/.... 4550 |

18

**B**

**11.73**

| Field | Content |
|---|---|

6 Vordokument / Document précédent / Documento precedente  
Nr. No N. **2970**

5493

7 Konto-Nr. / Compte No / Conto N.

8 Einfuhr Import. ☐  Ausfuhr Export. Esport. ☐

9 Verfalldatum / Échéance / Scadenza

10 Land der Erzeugung / Pays de production / Paese di produzione — PA

11 Land der vorübergehenden Bestimmung / Pays de destination temporaire / Paese di destinazione temporanea — CH

12 Land der endgültigen Bestimmung / Pays de destination définitive / Paese di destinazione definitiva — PA

13 Zweck der vorübergehenden Verwendung / But de l'admission temporaire / Scopo dell'ammissione temporanea

14 Mietgeschäft / Location / Locazione — ja oui si ☐  nein non no ☒

15 Abschlusszollstelle / Bureau de douane d'apurement / Ufficio doganale di conclusione

**Vorübergehende Verwendung mit verbü.**  
**Admission temporaire à montant garanti**  
**Ammissione temporanea con importo garanti.**

2 Eigentümer der Ware / Propriétaire de la marchandise / Proprietario della merce

3 Empfänger/Importeur / Destinataire/Importateur / Destinatario/Importatore

4 Präferenzbehandlung – Régime préférentiel – Trattamento preferenziale

5 Immatr. Land / Pays d'immatr. / Paese d'immatr.

16 Marque, no, nombre, emballage / Zeichen, Nr., Anzahl, Verpackung / Marca, n., quantità, imballaggio

17 Genaue Warenbezeichnung

| 18 MWN MNC | 19 AC CS | 20 Tarif-Nr. | 21 | 22 Eigenmasse Masse netto | 23 Stat. Zusätzm. | 24 Rohmasse Massa lorda | 25 Stat. Wert in CHF | 26 Ansatz Taux | 27 Betrag |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | 9705.00.00 | | 7.000 | | 9.200 | 1'310'000.— | — | 0.— |
| 2 | | | | | | | | | |

28 Verwender der Ware

29 MWST-Nr.

30 Bewilligung usw.

31 Ort/Datum — Genève, 27 Septembre 2013

32 Zollabgaben

Verbürgter Betrag — 104'873.20

Wir bitten Sie, für Ihre Überweisung den angefügten Einzahlungsschein zu benutzen
Veuillez payer au moyen du bulletin de versement annexé
Favorite pagare la fattura con la polizza allegata
For payment of invoice kindly use the enclosed payment slip

▼▼▼   Vor der Einzahlung abzutrennen / A détacher avant le versement / Da staccare prima del versamento   ▼▼▼

| mpfangsschein / Récépissé / Ricevuta | Einzahlung Giro | Versement Virement | Versamento Girata |
|---|---|---|---|
| nzahlung für / Versement pour / Versamento per<br>**Douane Suisse**<br>**Section antifraude**<br>**1006 Lausanne** | Einzahlung für / Versement pour / Versamento per<br>**Douane Suisse**<br>**Section antifraude**<br>**1006 Lausanne** | Keine Mitteilungen anbringen<br>Pas de communications<br>Non aggiungete comunicazioni | H |

Referenz-Nr. / N° de référence / N° di riferimento
10  53000  00000  02018  00014  55094

| onto / Compte / Conto  **01−87809−6** | Konto / Compte / Conto  **01−87809−6** | Einbezahlt von / Versé par / Versato da |
|---|---|---|
| **HF** | **CHF** | Ali Abou Taam |
| 7 7 0 9 . 1 5 | 7 7 0 9 . 1 5 | Rue Firmin-Massot 4<br>1206 Genève |

nbezahlt von / Versé par / Versato da
10 53000 00000 02018 00014 55094

Ali Abou Taam
Rue Firmin-Massot 4
1206 Genève

609

Die Annahmestelle
L'office de dépôt
L'ufficio d'accettazione

0100007709158>105300000000020180001455094+ 010878096>

20