**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Hicham Aboutaam,<br><br>   *Plaintiff*,<br><br>   v.<br><br>L'Office Fédéral de la Culture de la Confédération Suisse, L'Administration Fédérale Des Douanes de la Confédération Suisse, La République et Canton de Genève,<br><br>   *Defendants*. | Case No. 18-cv-08248 (RA) |
| Lynda Beierwaltes, William Beierwaltes,<br><br>   *Plaintiffs*,<br><br>   v.<br><br>L'Office Fédéral de la Culture de la Confédération Suisse, L'Administration Fédérale Des Douanes de la Confédération Suisse, La République et Canton de Genève,<br><br>   *Defendants*. | Related Case No. 18-cv-11167 (RA) |

**NOTICE OF MOTION TO DISMISS OF THE REPUBLIC AND CANTON OF GENEVA**

   PLEASE TAKE NOTICE that, upon the Memorandum of Law dated January 25, 2019 submitted herewith, Defendant La République et Canton de Genève will move this Court at Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 1506, New York, New York, for an order dismissing Plaintiffs Hicham Aboutaam, Lynda Beierwaltes and William Beierwaltes' claims in the above-referenced actions pursuant to Rules 12(b)(1), 12(b)(2), 12(b)(3) and 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: January 25, 2019  ARNOLD & PORTER KAYE SCHOLER LLP
New York, New York

By:  /s/ Marcus A. Asner

Marcus A. Asner
Mathieu Coquelet Ruiz, pro hac vice
250 W. 55th Street
New York, NY  10019-9710
(212) 836-7222
Marcus.Asner@arnoldporter.com
Mathieu.Ruiz@arnoldporter.com

R. Reeves Anderson, pro hac vice
370 Seventeenth Street, Suite 4400
Denver, CO 80202-1370
(303) 863-1000
Reeves.Anderson@arnoldporter.com

*Attorneys for Defendant La République et Canton de Genève*