# EXHIBIT 20

[logo]  
POST TENEBRAS LUX

Republic and Canton of Geneva  
**DEPARTMENT OF JUSTICE**  
**Public Prosecutor**

Geneva, August 8, 2018

Public Prosecutor  
Route de Chancy, 6B  
P.O. Box 3565  
CH-1211 GENEVA 3  
www.ge.ch/justice

[stamp:]  
RECEIVED on  
10 AUG 2018

P/2949/2017/MSC - Box 216  
1211 GENEVA 3  
R   [bar code]  
98.41.900053.10267365  
[logo:] LA POSTE

Mr. Didier Bottge, Esq.  
Bottge & Partners SA  
Rue François-Bellot 1  
1260 Geneva

Ref.: **P/2949/2017 MSC**  
To be included in all correspondence

**Subject:** partial lifting of sequester

Dear Sir,

In the case referenced above, the Public Prosecutor hereby orders

- ➢ The lifting of the sequester of
  - o the items inventoried by court bailiff and currently held at the customs office at the Free Port;
  - o with the exception of
    - the items identified by the archeologists and removed by the Finance Brigade to a local owned by the Federal Customs Administration by order of the Public Prosecutor (Appendix 1);
    - the items identified by the archeologists and subject to examination by the appraiser CAVIGNEAUX, in accordance with the Appendix to the draft appointment of an appraiser (Appendix 2).

This partial lifting of sequester is due to the foreseeable material impossibility of conducting all of the inspections necessary to allay the suspicion of unlawful origin of some items. It may not be relied upon as evidence of the lawful origin of the items.

The Public Prosecutor would like to remind you that you are invited to comment on the draft appointment of the appraiser CAVIGNEAUX.

Yours sincerely,

[signature]  
Claudio Mascotto  
Public Prosecutor

[stamp:]  
*PUBLIC PROSECUTOR*  
[emblem]  
of the REPUBLIC & CANTON of

Appendices referenced  
CC: AFD and BFIN

MP_M_211  
Certified mail

Public Prosecutor - Tel.: +41 22 327 64 63/64 - Fax: +41 22 237 65 00  
**Opening hours: 8:00 a.m.-12:00 p.m. / 2:00- 5:00 p.m/ Tel. 8:30 a.m. - 12:00 p.m. 2:00- 5:00 p.m.**  
Directions to Geneva Courthouse: line 14, Quidort stop / lines 2 & 19, Claire Vue stop

MSC



STATE OF NEW YORK
CITY OF NEW YORK
COUNTY OF NEW YORK

## CERTIFICATION

I, Aurora Landman, as an employee of TransPerfect Translations, Inc., do hereby certify, to the best of my knowledge and belief, that the provided French into English translation(s) of the source document(s) listed below are true and accurate:

- Scan_10082018085030 (2)

TransPerfect Translations, Inc., a translation organization with over 90 offices on six continents, is a leader in professional translations. TransPerfect Translations, Inc. has over twenty years experience translating into the above language pair, its work being accepted by business organizations, governmental authorities and courts throughout the United States and internationally.

TransPerfect Translations, Inc. affirms that the provided translation was produced in according to our ISO 9001:2015 and ISO 17100:2015 certified quality management system, and also that the agents responsible for said translation(s) are qualified to translate and review documents for the above language pair, and are not a relation to any of the parties named in the source document(s).

Aurora Landman, Project Assistant

Sworn to before me this
Thursday, March 28, 2019

Signature, Notary Public

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE



République et canton de Genève
**POUVOIR JUDICIAIRE**
Ministère public

Genève, le 8 août 2018

Ministère public
Route de Chancy 6 B
Case postale 3565
CH - 1211 GENEVE 3
www.ge.ch/justice

REÇU le
1 0 AOUT 2018

P/2949/2017 MSC - Case 216

1211 GENEVE 3

R   98.41.900053.10267365
LA POSTE

Maître
BOTTGE Didier
Bottge & Associés SA
Rue François-Bellot 1
1206 Genève

Réf : **P/2949/2017** MSC
à rappeler lors de toute communication

**Concerne** :  levée partielle de séquestres

Maître,

Dans la procédure citée en marge, le Ministère public ordonne par la présente

- la levée du séquestre portant sur
    - les objets inventoriés par huissier et se trouvant sous douane aux Ports-Francs ;
    - à l'exception
        - des objets identifiés par les archéologues et déplacés par la Brigade Financière dans un local de l'Administration Fédérale des Douanes sur mandat du Ministère Public (annexe 1) ;
        - des objets identifiés par les archéologues et devant être soumis à l'expert CAVIGNEAUX, selon annexe au projet de mandat d'expertise (annexe 2).

La présente levée partielle de séquestre est motivée par l'impossibilité matérielle prévisible de conduire l'intégralité des contrôles nécessaires pour dissiper les soupçons de provenance illicite de certaines pièces. Elle ne peut être invoquée pour établir l'origine licite des pièces.

Le Ministère Public saisit l'occasion pour vous rappeler l'invitation à vous déterminer sur le projet d'expertise CAVIGNEAUX.

Je vous prie de croire, Maître, en l'assurance de ma parfaite considération.

Claudio MASCOTTO
Procureur

Annexes mentionnées
CC  : AFD et BFIN

MP_M_211
Recommandé

Ministère public - Tél : +41 22 327 64 63/64 - Fax : +41 22 327 65 00
Horaire guichet : 8h-12h 14h-17h / tél : 8h30-12h 14h-17h
Accès TPG : 14 arrêt Quidort / 2, 19 arrêt Claire-Vue

MSC

# Annexe 1
## 51 objets déplacés par la BFIN pour examen complémentaire

| | |
|---|---|
| ALA.VA.043 | ALA.VSL.023 |
| ALA.VSL.052 | BAS.ALT.012 |
| BON.ID.012 | BR.AN.240 |
| BR.BOW.075 | BR.FIG.365 |
| BR.LA.066 | BRE.BOW.001 |
| CER.VSL.013 | CER.VSL.014 |
| COR.AMU.029 | COR.ING.052 |
| COR.ING.054 | CR.ING.009 |
| ELE.SEA3.001 | GD.RIN.873 |
| GD.RIN.874 | GD.RIN.875 |
| GL.BOT.309 | GL.BOT.397 |
| GL.BOW.241 | GL.FLA4.014 |
| GL.PEN.032 | GL11.CUP.001 |
| GL5.FLA.001 | GL5.FLA.002 |
| GL5.FLA.003 | GRA.HD.009 |
| GRA.REL.006 | LIM.WEI.001 |
| MA.GR.001 | MA.ID.083 |
| MA.TOR.069 | MA6.HD.001 |
| OBS.HD.001 | RDF.CUP.005 |
| RDF.KY.031 | SL.BOW.077 |
| SL.BOW.078 | SL.OLP.001 |
| SL.PHI.031 | SL.PHI.032 |
| SL.PHI.033 | SL.PHI.035 |
| SL.PHI.036 | SL.PLT.036 |
| ST.HD.021 | TR.ID.160 |
| WO.FIG.006 | |

② Annexe au mandat d'expertise de M. Antoine CAVIGNEAUX

| Référence | No de série | Raison |
|---|---|---|
| AG.BEAD.018 | 6740 | Irak ? |
| AG.BEAD.022 | 7293 | Irak ? |
| AG.CYL.011 | 14197 | Irak ? |
| AG.SEA.007 | 12931 | Irak ? |
| ALA.BOW.017 | 4621 | Irak ? |
| ALA.BUS.001 | 7943 | Irak ? |
| ALA.CON.001 | 14605 | Irak ? |
| ALA.CUP.007 | 14741 | Irak ? |
| ALA.FIG.008 | 4435 | Irak ? |
| ALA.FIG.017 | 9963 | Irak ? |
| ALA.FIG.035 | 14512 | Irak ? |
| ALA.FIG.038 | 15219 | Irak ? |
| ALA.FIG.042 | 16351 | Irak ? |
| ALA.FIG.044 | 17216 | Irak ? |
| ALA.ID.005 | 5120 | Irak ? |
| ALA.ID.011 | 11023 | Irak ? |
| ALA.PAL.001 | 11536 | Irak ? |
| ALA.TBLT.001 | 10163 | Irak ? |
| ALA.VA.019 | 5117 | Irak ? |
| BAS.TBLT.001 | 18029 | Irak ? |
| BR.AX.018 | 3684 | Irak ? |
| BR.AX.019 | 3686 | Irak ? |
| BR.AX.066 | 15847 | Irak ? |
| BR.BOW.040 | 10782 | Irak ? |
| BR.BOW.044 | 10783 | Irak ? |
| CAL.BOW.003 | 14822 | Irak ? |
| CAL.WEI.002 | 14821 | Irak ? |
| COP.BASE.001 | 14663 | Irak ? |
| COP.FIG.010 | 16773 | Irak ? |
| CR.SEA.014 | 16115 | Irak ? |
| GD.PLQ.007 | 11827 | Irak ? |
| GYP.HD.003 | 7762 | Irak ? |
| GYP.HD.006 | 13169 | Irak ? |
| GYP.HD.007 | 15554 | Irak ? |
| HAE.CYL.044 | 9272 | Irak ? |
| HAE.WEI.054 | 15760 | Irak ? |
| LAP.AMU.023 | 16215 | Irak ? |
| LAP.CYL.048 | 11173 | Irak ? |
| LAP.PEN.001 | 12423 | Irak ? |
| LAP.SEA.008 | 18036 | Irak ? |
| LAP.TBLT.001 | 8891 | Irak ? |
| LIM.BOW.006 | 7782 | Irak ? |
| LIM.BOW.008 | 12680 | Irak ? |
| LIM.BOW.009 | 12681 | Irak ? |
| LIM.BOW.010 | 17144 | Irak ? |
| LIM.TBLT.001 | 22466 | Irak ? |
| MA.MAC.009 | 16753 | Irak ? |
| MA.REL.066 | 18110 | Irak ? |

Annexe au mandat d'expertise de M. Antoine CAVIGNEAUX

| Référence | No de série | Raison |
|---|---|---|
| SE.CYL.006 | 7220 | Irak ? |
| SHE.INL.012 | 11996 | Irak ? |
| SHE.INL.013 | 12406 | Irak ? |
| SL.VA.003 | 5200 | Irak ? |
| SL.VA.004 | 6794 | Irak ? |
| ST.BOW.025 | 4542 | Irak ? |
| ST.CONT.001 | 14119 | Irak ? |
| ST.CUP.007 | 8518 | Irak ? |
| ST.CYL.082 | 7598 | Irak ? |
| ST.CYL.091 | 9273 | Irak ? |
| ST.FIG.006 | 5119 | Irak ? |
| ST.FIG.011 | 9653 | Irak ? |
| ST.FRA.004 | 2147 | Irak ? |
| ST.HD.012 | 5599 | Irak ? |
| ST.HD.021 | 15805 | Irak ? |
| ST.ID.038 | 10086 | Irak ? |
| ST.ID3.037 | 12646 | Irak ? |
| ST.MAC.001 | 3100 | Irak ? |
| ST.PLQ.007 | 10814 | Irak ? |
| ST.REL.001 | 1916 | Irak ? |
| ST.TBLT.006 | 11156 | Irak ? |
| ST.TBLT.007 | 18109 | Irak ? |
| ST.WEI.016 | 12666 | Irak ? |
| TR.AN.049 | 12981 | Irak ? |
| TR.CON.005 | 23181 | Irak ? |
| TR.CUP.008 | 11371 | Irak ? |
| TR.PLQ.013 | 11048 | Irak ? |
| TR.PLQ.046 | 14093 | Irak ? |
| TR.PLQ.047 | 14094 | Irak ? |
| TR.PLQ.048 | 14095 | Irak ? |
| TR.PLQ.049 | 14096 | Irak ? |
| TR.PLQ.056 | 14739 | Irak ? |
| TR.PLQ.058 | 14792 | Irak ? |
| TR.PLQ.078 | 16449 | Irak ? |
| TR.TBLT.006 | 3872 | Irak ? |
| TR.TBLT.007 | 3982 | Irak ? |
| TR.TBLT.017 | 10064 | Irak ? |
| TR.TBLT.019 | 10408 | Irak ? |
| TR.TBLT.020 | 12151 | Irak ? |
| TR.TBLT.023 | 10955 | Irak ? |
| TR.TBLT.024 | 11402 | Irak ? |
| TR.TBLT.025 | 10959 | Irak ? |
| TR.TBLT.026 | 11865 | Irak ? |
| TR.TBLT.027 | 11922 | Irak ? |
| TR.TBLT.028 | 12382 | Irak ? |
| TR.TBLT.029 | 12464 | Irak ? |
| TR.TBLT.030 | 12668 | Irak ? |
| TR.TBLT.031 | 12691 | Irak ? |

Annexe au mandat d'expertise de M. Antoine CAVIGNEAUX

| Référence | No de série | Raison |
|---|---|---|
| TR.TBLT.034 | 12843 | Irak ? |
| TR.TBLT.035 | 12964 | Irak ? |
| TR.TBLT.075 | 14042 | Irak ? |
| TR.TBLT.076 | 14207 | Irak ? |
| TR.TBLT.077 | 14392 | Irak ? |
| TR.TBLT.078 | 14950 | Irak ? |
| TR.TBLT.082 | 15911 | Irak ? |
| TR.TBLT.089 | 21461 | Irak ? |
| TR.TBLT.090 | 21462 | Irak ? |
| TR.TBLT.091 | 22325 | Irak ? |
| TR.TBLT.093 | 22706 | Irak ? |
| TR.TBLT.110 | 10881 | Irak ? |
| TR.TBLT.113 | 16760 | Irak ? |
| TR.TBLT.134 | 34997 | Irak ? |
| TR.TBLT.135 | 34998 | Irak ? |
| TR.TBLT.137 | 35000 | Irak ? |