# EXHIBIT 1

amazon prime
Books
Deliver to Stephan — Mclean 22101
Buy Again | Your Pickup Location | Browsing History | Stephan's Amazon.com | Today's Deals | Amazon Business
EN | Hello, Stephan Account & Lists | Orders | Prime | 0 Cart
BOSCH Watch on Prime Video

Books | Advanced Search | New Releases | Amazon Charts | Best Sellers & More | The New York Times® Best Sellers | Children's Books | Textbooks | Textbook Rentals | Sell Us Your Books | Best Books of the Month | Kindle eBooks

1-16 of over 7,000 results for Books : Department of Defense : In Stock Only

Sort by: Featured

**Amazon Prime**
- prime

**Delivery Day**
- Get It by Tomorrow

**Kindle Unlimited**
- Kindle Unlimited Eligible

**Department**
- Books
  - Arts & Photography
  - Biographies & Memoirs
  - Business & Money
  - Calendars
  - Children's Books
  - Christian Books & Bibles
  - Comics & Graphic Novels
  - Computers & Technology
  - Cookbooks, Food & Wine
  - Crafts, Hobbies & Home
  - Education & Teaching
  - Engineering & Transportation
  - Health, Fitness & Dieting
  - History
  - Humor & Entertainment
  - Law
  - Lesbian, Gay, Bisexual & Transgender Books
  - Literature & Fiction
  - Medical Books
  - Parenting & Relationships
  - Politics & Social Sciences
  - Reference
  - Religion & Spirituality
  - Science & Math
  - Science Fiction & Fantasy
  - Self-Help
  - Sports & Outdoors
  - Teen & Young Adult
  - Test Preparation
  - Travel

**Avg. Customer Review**
- 4 stars & Up
- 3 stars & Up
- 2 stars & Up
- 1 star & Up

**Book Series**
- 20th Century Spy in the Sky Satellites: Secrets of the National Reconnaissance Office (NRO)
- United States Naval Aviation, 1910-2010

**New Releases**
- Last 30 days
- Last 90 days
- Coming Soon

**Format**
- Paperback
- Hardcover
- Kindle Edition
- Loose Leaf
- Audio CD

**Author**
- U.S. Department of Defense
- Paul Bailey
- Taylor Anderson
- Mark Evans
- Eric Mitchell
- John Bolton
- William Morgan
- See more

**Language**
- English
- French
- Spanish
- Taiwanese Chinese

**Promotion**
- Bargain Books

**International Shipping**

### Results

**Special Operations Forces Medical Handbook**
by Department Of Defense | Jul 24, 2018
★★★★☆ 184
Paperback
$12.95
prime FREE Delivery Tomorrow, Apr 25
Only 10 left in stock (more on the way).
More Buying Choices
$10.94 (18 used & new offers)
Kindle
$7.99
Multimedia CD
$45.00
$3.99 shipping

**Manual for Courts-Martial, United States 2019 Edition**
by United States Department of Defense and Jsc Military Justice | Jan 23, 2019
Hardcover
$39.41 $49.99
prime FREE Delivery Tomorrow, Apr 25
Only 2 left in stock (more on the way).
More Buying Choices
$36.71 (12 used & new offers)
Paperback
$30.35 $39.99
$3.99 shipping
More Buying Choices
$29.61 (15 used & new offers)

**Armed Forces Recipe Service: A Cookbook for Large Groups (Volume 1)**
by Department of Defense | Aug 14, 2013
★★★★☆ 20
Paperback
$19.95
prime FREE Delivery Fri, Apr 26
More Buying Choices
$15.92 (34 used & new offers)
Kindle
$9.95
Multimedia CD
More Buying Choices
$190.01 (1 new offer)

**U.S. Army Survival Manual FM 21-76 (Survival, Evasion, and Recovery)**
by Department of Defense and U. S. Army | Jun 3, 2018
★★★★★ 5
Paperback
$5.99
prime FREE Delivery Tomorrow, Apr 25

**U.S. Marine Corps Wilderness Medicine Survival Course Plus U.S. Marine Corps Cold Weather Medicine Survival Course, Training and Skills**
by Department of Defense | Sep 19, 2010
★★★★★ 3
Paperback
$35.00
prime FREE Delivery Fri, Apr 26

**Map Reading and Land Navigation and Special Forces Survival Evasion and Recovery**
by Department of Defense | Feb 1, 2010
Paperback
$30.00

☐ International Shipping Eligible

**Condition**
New
Used
Collectible

**Availability**
☐ Include Out of Stock


Ad feedback


✓prime FREE Delivery Fri, Apr 26
More Buying Choices
$26.01 (5 used & new offers)


Contracting Officer's Representative (COR) Handbook
by Department of Defense | Oct 25, 2018
Paperback
$16⁹⁵
✓prime FREE Delivery Fri, Apr 26
Kindle
$9⁹⁹


The Complete Pentagon Papers: All Volumes Released in June 2011 - Report of the Office of the Secretary of Defense Vietnam Task Force Leaked in 1971, Plus Bonus Declassified Vietnam Reports (DVD...
by U.S. Government, Department of Defense, et al. | Jun 17, 2011
★★★☆☆ ˅ 3
DVD-ROM
$16⁹⁷ $19.99
✓prime FREE Delivery Tomorrow, Apr 25


U.S. Army Ranger Handbook SH21-76, Revised FEBRUARY 2011
by Ranger Training Brigade, U.S. Army Infantry School, et al. | Feb 11, 2016
★★★★☆ ˅ 22
Hardcover
$19⁹⁵
FREE Delivery for Prime members
Temporarily out of stock.
More Buying Choices
$15.10 (18 used & new offers)
Paperback
$15⁹⁰
✓prime FREE Delivery Fri, Apr 26
More Buying Choices
$6.55 (18 used & new offers)
Spiral-bound
$23⁹⁵
$3.98 shipping
Only 2 left in stock - order soon.


Browning Machine Gun .50 HB M2 and MK 19, 40-mm Grenade Machine Gun
by Department of Defense | Oct 27, 2009
Paperback
$30⁰⁰
✓prime FREE Delivery Fri, Apr 26


Marine Scouting and Patrolling plus USMC Land Navigation Sergeants Course
by Department of Defense | Jan 24, 2010
Paperback
$25⁰⁰
✓prime FREE Delivery Fri, Apr 26


War in the Balkans, 1991-2002 - Comprehensive History of Wars Provoked by Yugoslav Collapse: Balkan Region in World Politics, Slovenia and Croatia, Bosnia-Herzegovina, Kosovo, Greece, Turkey, Cyprus
by U.S. Government, Department of Defense, et al. | Dec 10, 2016
★★★★☆ ˅ 2
Paperback
$18⁹⁵
✓prime FREE Delivery Fri, Apr 26
Kindle
$9⁹⁹

**U.S. Military Working Dog Training Handbook**
by Department of Defense | Oct 29, 2012

★★★★½ ˅ 67

**Paperback**
$16⁹⁵
Save $3.17 with coupon
✓prime FREE Delivery **Tomorrow, Apr 25**
More Buying Choices
$6.10 (86 used & new offers)

**Kindle**
$10⁹⁹

---

**Military Intelligence and Electronic Warfare in Operations**
by Department of Defense | Jan 18, 2010

★★★★★ ˅ 2

**Paperback**
$25⁰⁰
✓prime FREE Delivery **Fri, Apr 26**
More Buying Choices
$18.29 (7 used & new offers)

---

**MCDP 1-3 Tactics (Marine Corps Doctrine) (Volume 4)**
by Department of Defense | May 21, 2017

★★★★★ ˅ 1

**Paperback**
$7⁹⁹
✓prime FREE Delivery **Fri, Apr 26**

---

**OPFOR Worldwide Equipment Guide: Volume 1: Ground Systems**
by Department of Defense | Aug 31, 2018

**Paperback**
$29⁹⁵
✓prime FREE Delivery **Fri, Apr 26**

---

← Previous   **1**   2   3   …   75   Next →

**Tell us how we can improve**

If you need help, please visit the help section or contact us

Your voice is important. Help us make it easier to find what you want...

Submit

---

Back to top

**Get to Know Us**
Careers
Blog

**Make Money with Us**
Sell on Amazon
Sell Under Private Brands

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card

**Let Us Help You**
Your Account
Your Orders