

Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street, NW | Washington, DC 20036 | tel 202.663.8000 | fax 202.663.8007

Michael Evan Jaffe<br>
tel: +1.202.663.8068<br>
michael.jaffe@pillsburylaw.com

July 12, 2019

**VIA ECF**

Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *Aboutaam v. L'Office Federale de la Culture de la Confederation Suisse, et al.*, 18-cv-8248 (RA) (S.D.N.Y.); and *Beierwaltes v. L'Office Federale de la Culture de la Confederation Suisse, et al.*, 18-cv-11167-RA (S.D.N.Y.)

Dear Judge Abrams:

This letter is written on behalf of the Swiss Confederation Defendants in the matters identified above and with the authorization of Counsel for the Canton of Geneva.

Reference is made to the procedurally unorthodox letter submission made yesterday by the Plaintiffs. The letter was offered as a response "to a question you asked at oral argument …, concerning international law, and to cite cases that you requested regarding discovery." [Dkt. 63 (Case 1:18-cv-8248-RA), Dkt. 63 (Case No. 1:18-cv-11167-RA)]. The response offered by the Plaintiffs to the international law question is predicated on a misunderstanding of the nature of the seizure by the authorities in Switzerland assessed in the context of international legal norms. Further, the cases cited related to discovery provide no support for jurisdictional discovery in this case. Indeed, the cases cited are readily distinguished from the instant matter.

Honorable Ronnie Abrams
July 12, 2019
Page 2

If the Court is inclined to entertain Plaintiffs' July 11th submission and is of the view that comment from the Defendants would be appropriate, we are prepared to provide those comments promptly.

Respectfully,

Michael Evan Jaffe

cc:   All counsel of record