UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Hicham Aboutaam,<br><br>        *Plaintiff*,<br><br>    v.<br><br>L'Office Federale de la Culture de la Confederation Suisse, L'Administration Federale Des Douanes de la Confederation Suisse, La République et Canton de Genève,<br><br>        *Defendants*. | Case No. 18-cv-08248<br>The Honorable Ronnie Abrams |
| Lynda Beierwaltes, William Beierwaltes,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>L'Office Federale de la Culture de la Confederation Suisse, L'Administration Federale Des Douanes de la Confederation Suisse, La République et Canton de Genève,<br><br>        *Defendants*. | Related Case No. 18-cv-11167<br>The Honorable Ronnie Abrams |

**DECLARATION IN SUPPORT OF WITHDRAWAL OF APPEARANCE**

Robert A. DeRise hereby declares as follows:

    1.    I am an attorney duly admitted to practice in the Southern District of New York *pro hac vice*, and I am leaving the law firm of Arnold & Porter Kaye Scholer LLP ("Arnold & Porter"). I submit this Declaration in support of my application to withdraw my appearance in the above-captioned action.

    2.    Arnold & Porter will continue to represent Defendant La République et Canton de Genève in the above-captioned actions, and no delay in the progress of this action will result from my withdrawal.

3.  As Arnold & Porter shall continue to represent Defendant La République et Canton de Genève, no retaining or charging lien shall be asserted.

WHEREFORE, based upon the foregoing, I respectfully request that the Court enter an order withdrawing my appearance as counsel for La République et Canton de Genève in the above-captioned action.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Washington, D.C.
       August 29, 2019

                                        /s/ Robert A. DeRise
                                        Robert A. DeRise